Rufus L. Cole, Esq.  (SB# 60843)
RUFUS L. COLE & ASSOCIATES
201 Mission Street, Suite 1200
San Francisco, CA 94105
Telephone:   (415) 956-8800
Facsimile:    (415) 432-4301
Email:  rcole@rufuscole.com

Attorneys for Plaintiff
JUAN CUEVAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS,<br><br>     Plaintiff,<br><br>vs.<br><br>SKY WEST AIRLINES and<br>JUAN DE LA CRUZ,<br><br>     Defendants. | Case No. C 12-05916 CRB<br><br>**REQUEST FOR DISMISSAL<br>AND ORDER** |

Plaintiff JUAN CUEVAS does hereby request dismissal without prejudice of the Complaint in the herein captioned matter as to Defendant JUAN DE LA CRUZ.

DATED: March 12, 2013        **RUFUS L. COLE & ASSOCIATES**

                              By: _____
                                  Rufus L. Cole
                                  Attorneys for Plaintiff
                                  JUAN CUEVAS

## ORDER

The Court having considered the above Request for Dismissal of Plaintiff JUAN CUEVAS and GOOD CAUSE APPEARING,

1  IT IS HEREBY ORDERED that the Complaint as to Defendant
2  JUAN DE LA CRUZ is hereby dismissed, without prejudice.
3
4  DATED: _March 22, 2013_
5                                                    CHARLES R. BREYER
                                                     United States District
                                                     Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rufus L. Cole & Associates
720 Market St., 10th Fl.
San Francisco, CA 94102
Telephone: 415-956-8800

- 2 -

REQUEST FOR DISMISSAL AND ORDER                CASE NO. C12 – 05916 CRB