Rufus L. Cole, Esq. (SB# 60843)
RUFUS L. COLE & ASSOCIATES
201 Mission Street, Suite 1200
San Francisco, CA 94105
Telephone:  (415) 956-8800
Facsimile:   (415) 432-4301
Email: rcole@rufuscole.com

Attorneys for Plaintiff
JUAN CUEVAS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS,<br><br>          Plaintiff,<br><br>vs.<br><br>SKY WEST AIRLINES and<br>JUAN DE LA CRUZ,<br><br>          Defendants. | Case No. C 12-05916 CRB<br><br>**REQUEST FOR DISMISSAL AND ORDER** |

Plaintiff JUAN CUEVAS does hereby request dismissal without prejudice of the Complaint in the herein captioned matter as to Defendant JUAN DE LA CRUZ.

DATED: March 12, 2013          **RUFUS L. COLE & ASSOCIATES**

                                By: _____
                                    Rufus L. Cole
                                    Attorneys for Plaintiff
                                    JUAN CUEVAS

## ORDER

The Court having considered the above Request for Dismissal of Plaintiff JUAN CUEVAS and GOOD CAUSE APPEARING,

Rufus L. Cole & Associates
720 Market St., 10th Fl.
San Francisco, CA 94102
Telephone: 415-956-8800

IT IS HEREBY ORDERED that the Complaint as to Defendant JUAN DE LA CRUZ is hereby dismissed, without prejudice.

DATED: March 22, 2013

_____
CHARLES R. BREYER
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

Rufus L. Cole & Associates
720 Market St., 10th Fl.
San Francisco, CA 94102
Telephone: 415-956-8800

REQUEST FOR DISMISSAL AND ORDER

CASE NO. C12 – 05916 CRB