Rufus L. Cole & Associates
201 Mission St., Suite 1200
San Francisco, CA 941025
Telephone: 415-956-8800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS, | ) Case No. C 12-05916 CRB |
| Plaintiff, | ) **STIPULATED REQUEST TO CONTINUE** |
| vs. | ) **HEARING DATE AND ORDER** |
| SKY WEST AIRLINES and JUAN DE LA CRUZ, | ) |
| Defendants. | ) |

WHEREAS, the Court ordered defendant SkyWest Airlines, Inc., ("SkyWest") to file any motion for summary judgment herein by December 6, 2013, with a noticed hearing date in "late January or early February…." (*See* Civil Minutes of June 28, 2013 (Dkt. No. 42).)

WHEREAS, SkyWest filed a Motion for Summary Judgment ("the Motion") against plaintiff Juan Cuevas ("Cuevas") on December 6, 2013, (Dkt. No. 72) and noticed the same for hearing on January 17, 2014;

WHEREAS, SkyWest inadvertently omitted a "Summary of the Argument" from its moving papers as required by Judge Breyer's Standing Orders;

1  WHEREAS, under the Civil Local Rules pertaining to Motion Practice Cuevas would have 14 days from the date of filing in which to file his opposition to the Motion and SkyWest would have 7 days thereafter in which to file its reply (see Civ. L.R. 7-3);

4  WHEREAS, the commentary to the local rules states that the response and reply time provided by the rules for motions are intended to be the minimum time periods and that the parties are encouraged to stipulate to correspondingly longer notice, response, and reply periods for more complex motions (see Civ. L.R. 7-2(b));

8  WHEREAS, both SkyWest and Cuevas agree that SkyWest's motion for summary judgment is complex and will require more than the minimum opposition and reply times in order to address the issues and evidence set forth in the motion and in support thereof;

11  WHEREAS, both SkyWest and Cuevas agree that Cuevas will serve both counsel for SkyWest (separately) by overnight mail with his opposition brief and supporting papers;

13  WHEREAS, both SkyWest and Cuevas agree that SkyWest's agreement hereto is merely a courtesy extension on the time in which to respond and nothing in this stipulation indicates that SkyWest agrees that additional discovery related to summary judgment is justified or needed;

17  WHEREAS, the only other time modification in this case was a joint stipulation to extend the time for responsive pleadings filed on January 18, 2013 (Dkt. No. 3);

19  WHEREAS, the parties do not believe that the time modification requested pursuant to this stipulation would have any material effect on the schedule for this case;

21  NOW, THEREFORE, the parties stipulate to the following:

22  1. The hearing on the Motion shall be rescheduled for February 7, 2014, at 10:00 a.m.;

24  2. Cuevas' opposition and supporting papers will be filed and served by no later than January 3, 2014;

26  3. SkyWest's reply and any related papers will be filed and served by no later than January 20, 2014; and

4. SkyWest shall have up to and including December 20, 2013 to file and serve a "Summary of the Argument" in support of its Motion for Summary Judgment consistent with Judge Breyer's standing orders.

Respectfully stipulated to by:

December 13, 2013            /s/ Rufus L. Cole
                             Rufus L. Cole, Counsel for Plaintiff
                             Juan Cuevas


December 13, 2013            /s/ Gregory M. Saylin
                             Gregory M. Saylin, Counsel for Defendant
                             SkyWest Airlines, Inc.

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document

                             /s/ Rufus L. Cole
                             Rufus L. Cole, Counsel for Plaintiff
                             Juan Cuevas

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

December 17, 2013
                             Hon. Charles R. Breyer
                             United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

F:\CUEVAS\PLEAD\Stipulation Request to Continue Hearing Date 13.1212.docx