Gregory M. Saylin (SBN. 185328)
Dorsey & Whitney LLP
136 So. Main St., Suite 1000
Salt Lake City, UT  84101-1685
Telephone:  (801) 933-8927
Fax:  (801) 933-7373
E-Mail:  saylin.gregory@dorsey.com

Patricia T. Stambelos (Bar No. 166998)
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah   84790
Telephone: (805) 578-3474
Facsimile: (435) 634-3505
E-Mail:  patricia.stambelos@skywest.com

Attorneys for Defendant
SKYWEST AIRLINES INC.

Rufus L. Cole, Esq.  (SB# 60843)
Rufus L. Cole & Associates
201 Mission Street, Suite 1200
San Francisco, CA 94105
Telephone:      (415) 956-8800
Facsimile:       (415) 432-4301
E-Mail:  rcole@rufuscole.com

Attorneys for Plaintiff
JUAN CUEVAS

- 1 -

STIPULATED REQUEST TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTION FOR AN ORDER REQUIRING DEFENDANT SKYWEST AIRLINES, INC. TO WITHDRAW OBJECTION TO PRODUCTION OF SUBPOENAED DOCUMENTS AND [PROPOSED] ORDER

**GRANTED**
*Judge Elizabeth D. Laporte*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS, <br><br> Plaintiff, <br><br> vs. <br><br> SKY WEST AIRLINES and JUAN DE LA CRUZ, <br><br> Defendants. | Case No. C 12-05916 CRB (EDL) <br><br> **Assigned for Discovery Purposes to Chief Magistrate Judge Elizabeth D. Laporte** <br><br> **STIPULATED REQUEST TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTION FOR AN ORDER REQUIRING DEFENDANT SKYWEST AIRLINES, INC. TO WITHDRAW OBJECTION TO PRODUCTION OF SUBPOENAED DOCUMENTS AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Juan Cuevas ("Cuevas") filed a Motion for an Order Requiring Defendant SkyWest Airlines, Inc. to Withdraw Objection to Production of Subpoenaed Documents (the "Motion") against Defendant SkyWest Airlines, Inc. ("SkyWest") on December 6, 2013, (Dkt. No. 75) and noticed the same for hearing before Judge Breyer on January 10, 2014;

- 2 -

STIPULATED REQUEST TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTION FOR AN ORDER REQUIRING DEFENDANT SKYWEST AIRLINES, INC. TO WITHDRAW OBJECTION TO PRODUCTION OF SUBPOENAED DOCUMENTS AND [PROPOSED] ORDER

WHEREAS, Cuevas filed an Amended Notice of Motion for an Order Requiring Defendant SkyWest Airlines, Inc. to Withdraw Objection to Production of Subpoenaed Documents on December 13, 2013, (Dkt. No. 85) noticing the hearing before Judge Laporte on February 11, 2014;

WHEREAS, the parties do not believe that the time modification requested pursuant to this stipulation would have any material effect on the schedule for this case;

WHEREAS, the parties are entering into this stipulation with the understanding and expectation that the briefing schedule on Cuevas' Motion to Compel SkyWest to Produce or Further Respond Concerning Documents Withheld from Production (Dkt. Nos. 78 and 84) will remain unchanged; and

WHEREAS, the only other time modification in this case was a joint stipulation to extend the time for responsive pleadings filed on January 18, 2013 (Dkt. No. 3) and a joint stipulation to continue the hearing date for SkyWest's Motion for Summary Judgment filed on December 17, 2013 (Dkt No. 86).

NOW, THEREFORE, the parties stipulate to the following:

1. SkyWest's opposition and supporting papers for the Motion will be filed and served by no later than January 9, 2014; and

2. Cuevas' reply and any related papers for the Motion will be filed and served by no later than January 24, 2014.

Respectfully stipulated to by:

December 19, 2013        */s/ Rufus L. Cole*
                         Rufus L. Cole, Counsel for Plaintiff
                         Juan Cuevas

December 19, 2013        */s/ Gregory M. Saylin*
                         Gregory M. Saylin, Counsel for Defendant
                         SkyWest Airlines, Inc.

- 3 -
STIPULATED REQUEST TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTION FOR AN ORDER REQUIRING DEFENDANT SKYWEST AIRLINES, INC. TO WITHDRAW OBJECTION TO PRODUCTION OF SUBPOENAED DOCUMENTS AND [PROPOSED] ORDER

**ATTESTATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document

                    */s/ Gregory M. Saylin*
                    Gregory M. Saylin, Counsel for Defendant
                    SkyWest Airlines, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

December 23, 2013                     _____
                                        Hon. Elizabeth D. Laporte
                                        United States Chief Magistrate Judge