Patricia T. Stambelos (Bar No. 166998)
SkyWest Airlines, Inc.
44 South River Road
St. George, UT 84790
Telephone: (805) 578-3474
Facsimile: (435) 634-3505
Email: patricia.stambelos@skywest.com

Gregory M. Saylin (Bar No. 185328)
Dorsey & Whitney LLP
Kearns Building
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone (801) 933-7360
Facsimile (801) 933-7373
Email: saylin.gregory@dorsey.com

Attorneys for Defendant
SkyWest Airlines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS,<br>　　　　Plaintiff(s),<br><br>　vs.<br><br>SKYWEST AIRLINES and<br>JUAN DE LA CRUZ,<br>　　　　Defendant(s). | Case Number: C 13:12-5916 CRB<br><br>**ORDER APPROVING DEFENDANT SKYWEST AIRLINES, INC.'S ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME**<br><br>Judge:　　　　Hon. Charles R. Breyer |

---

1

[PROPOSED ORDER] APPROVING DEFENDANT SKYWEST AIRLINES, INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS ON THE REPLY TO PLAINTIFF JUAN CUEVAS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION BY SKYWEST AIRLINES FOR SUMMARY JUDGMENT
CASE NUMBER C 13:12-5916 CRB

It is HEREBY ORDERED that the briefing schedule be adjusted and SkyWest shall have up to, and including, Monday, January 27, 2014, to file its Reply to Plaintiff Juan Cuevas' Memorandum of Points and Authorities in Opposition to Motion by SkyWest Airlines for Summary Judgment.

**DATED:  January 17, 2014**

_____
**CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE**

*IT IS SO ORDERED
Judge Charles R. Breyer*

2

[PROPOSED ORDER] APPROVING DEFENDANT SKYWEST AIRLINES, INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS ON THE REPLY TO PLAINTIFF JUAN CUEVAS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION BY SKYWEST AIRLINES FOR SUMMARY JUDGMENT
CASE NUMBER C 13:12-5916 CRB