IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS,<br><br>    Plaintiff,<br><br>v.<br><br>SKY WEST AIRLINES,<br><br>    Defendant.                           / | No. C 12-05916 CRB<br><br>**ORDER RE OBJECTIONS TO BILL OF COSTS** |

     This Court granted the Defendant's motion for summary judgment and entered judgment against plaintiff Juan Cuevas on February 14, 2014 (dkts. 123, 124). Subsequently, Defendant filed a Bill of Costs for $13,410.86 pursuant to Federal Rule of Civil Procedure 54(d) (dkt. 127). Cuevas now objects to the bill of costs (dkt. 129).

     Under Rule 54(d), there is a presumption that the prevailing party will be awarded its taxable costs. See Save Our Valley v. Sound Transit, 335 F.3d 932, 944 (9th Cir. 2003). To overcome this presumption, a losing party must establish a reason to deny costs. See Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999).

     Here, Defendant's request for costs is excessive and Cuevas has specifically identified charges which are for convenience of the lawyers and not properly billable to him. Therefore, the Court ORDERS the costs payable by Cuevas reduced by $4,284.55 for a total amount payable of $9,126.31 in taxable costs. Cuevas' objections to the government's bill of costs are GRANTED.

     **IT IS SO ORDERED.**

Dated: April 1, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE